UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMILAH CLAXTON, *et al.*,<br>    Plaintiffs | :<br>:<br>: |
| v. | : CIVIL NO. 11-CV-714 |
| SUKHWINDER SINGH, and<br>SUKHCHAN SINGH, individually, and<br>d/b/a PVR Transport,<br>    Defendants. | :<br>:<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 6th day of January, 2014, a verdict is entered in favor of the plaintiff and against both defendants in the sums of $2,000,000.00 for lost wages, $100,000.00 for pain and suffering, and $1,290.50 for estate administration expenses, totaling $2,101,290.50.  Additionally, punitive damages are awarded against Defendant Sukhchan Singh, d/b/a PVR Transport, in the sum of $100,000.00.

The Clerk is directed to close this file.

                                                          /s/William W. Caldwell
                                                          William W. Caldwell
                                                          United States District Judge