UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMILAH CLAXTON, *et al.*, : | |
| Plaintiffs : | |
| : | |
| v. : | CIVIL NO. 11-CV-714 |
| : | |
| SUKHWINDER SINGH, and : | |
| SUKHCHAN SINGH, individually, and : | |
| d/b/a PVR Transport, : | |
| Defendants. : | |

## *O R D E R*

AND NOW, this 6th day of January, 2014, a verdict is entered in favor of the plaintiff and against both defendants in the sums of $2,000,000.00 for lost wages, $100,000.00 for pain and suffering, and $1,290.50 for estate administration expenses, totaling $2,101,290.50. Additionally, punitive damages are awarded against Defendant Sukhchan Singh, d/b/a PVR Transport, in the sum of $100,000.00.

The Clerk is directed to close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge